RECEIVED
AUG 2 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **FELIX IGNACIO LAMBERTI LEDEZMA** <br> **BOP #81449-004** | CIVIL ACTION NO. 12-2935 |
| | SECTION P |
| VS. | |
| | JUDGE TRIMBLE |
| **JOSEPH P. YOUNG** | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this 28th day of August, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE